# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number:  2:95CR00376-02 |
| ) | |
| Randy LACY ) | |
| ) | |

**LEGAL HISTORY:**

On March 6, 1996, the above-named was sentenced to 125 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years, which commenced on August 1, 2003.  Special conditions included a requirement for Search.

**SUMMARY OF COMPLIANCE:**

Mr. Lacy has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Lacy has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

**Re:     Randy LACY**
**Docket Number:   2:95CR00376-02**
**RECOMMENDATION TERMINATING**
<u>**SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**</u>


Dated:      February 14, 2007
            Elk Grove, California
            DAS/cj

**REVIEWED BY:**       /s/ Deborah A. Spencer
                   **DEBORAH A. SPENCER**
                   **Supervising United States Probation Officer**


cc:   AUSA Elena Duarte (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:95CR00376-02** |
| ) | |
| **Randy LACY** ) | |

On August 1, 2003, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS
Senior United States Probation Officer**

Dated:    February 14, 2007
            Elk Grove, California
            DAS/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
            **DEBORAH A. SPENCER
            Supervising United States Probation Officer**

Re:    **Randy LACY**
      **Docket Number:   2:95CR00376-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

<u>**March 6, 2007**</u>
**Date**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:    United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office